UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01131-JLS-SHK | Date: | August 3, 2022 |

Title: *Jacob Thomas Asher v. Public Defenders Office*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   FINAL ORDER TO SHOW CAUSE**

On May 12, 2022, the Court issued an Order Dismissing Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 8.  The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntary Dismissal Form, if either was desired.  Id.  Plaintiff's First Amended Complaint ("FAC") was due on or before June 2, 2022.  See id.  Then, on June 9, 2022, the Court granted Plaintiff's Motion for an Extension of Time, ECF No. 10, and ordered Plaintiff to file the FAC by July 9, 2022, because Plaintiff had experienced mail delays and had limited access to the law library.  See ECF No. 11.  To date, Plaintiff has not filed a FAC, nor has he requested an extension of time to do so.

Accordingly, on or before **August 16, 2022**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff still wishes to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed his FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior orders; or (c) file a FAC.  Plaintiff is warned that if he fails to do any of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and the Court will also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.  Furthermore, Plaintiff is warned that any further requests for extension of time will be granted sparingly and only for good cause.

**IT IS SO ORDERED.**