**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS ASHER,<br><br>           Plaintiff,<br><br>    v.<br><br>PUBLIC DEFENDERS OFFICE, et al.,<br><br>           Defendants. | Case No. 2:22-cv-01131-JLS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: October 24, 2022

HONORABLE JOSEPHINE L. STATON
United States District Judge